UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THYRONE CONNOR,<br><br>             Plaintiff,<br><br>       v.<br><br>CDC,<br><br>             Defendant. | No.  2:24-cv-3495 AC P<br><br>ORDER |

By order filed December 20, 2024, plaintiff was ordered to file a completed in forma pauperis application and a certified copy of his prison trust account statement and was cautioned that failure to do so would result in a recommendation that this action be dismissed.  ECF No. 3. The thirty-day period to respond has now expired, and plaintiff has not filed an application, paid the fees, or otherwise responded to the court's order.  Plaintiff will be given one final opportunity to submit an application or pay the fee to proceed with this case.

The court notes that the file reflects that plaintiff's copy of the December 20, 2024 order sent to plaintiff's address of record was returned by the postal service with a notation that delivery had been refused.[1]  Plaintiff is informed that all court orders will be served on him at his address of record and that acceptance of those orders will be necessary to prosecution of the

---

[1] The California Department of Corrections and Rehabilitation's inmate records website indicates that plaintiff is still housed at California State Prison-Los Angeles County.

1

1  instant action.  Plaintiff is further informed that further refusal to accept delivery of court orders
2  will result in a recommendation that this action be dismissed.  See L.R. 110.
3        Also pending before the court are plaintiff's requests asking the court (1) to investigate
4  why his classification points are so high, ECF No. 4, and (2) to have the California Department of
5  Corrections and Rehabilitation ("CDCR") release documents to plaintiff, ECF No. 5.  Both will
6  be denied.  First, the court does not have authority to conduct an investigation on Plaintiff's
7  behalf.  Second, it is unclear from the motion what documents plaintiff seeks to have released.
8  To the extent he seeks discovery related to this case, such request is premature.  The plaintiff has
9  not paid the filing fee or sought to proceed in forma pauperis, and the court has not screened and
10 served the complaint.
11       Accordingly, IT IS HEREBY ORDERED that:
12   1.  Plaintiff's request to investigate (ECF No. 4) is denied.
13   2.  Plaintiff's request to make Department Officers release documents (ECF No. 5) is denied.
14   3.  **Within twenty-one days** of the filing of this order, plaintiff shall submit an application to
15 proceed in forma pauperis or pay the filing fee.  **Failure to comply with this order will result in**
16 **a recommendation that this action be dismissed without further warning.**
17 DATED: February 4, 2025

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2