UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THYRONE CONNOR,<br><br>            Plaintiff,<br><br>      v.<br><br>CDC,<br><br>            Defendant. | No. 2:24-cv-3495 AC P<br><br>ORDER |

On December 20, 2024, plaintiff was ordered to file a completed in forma pauperis application and a certified copy of his prison trust account statement and was cautioned that failure to do so would result in a recommendation that this action be dismissed.  ECF No. 3.  After plaintiff failed to file a completed application or pay the fee, he was given an additional twenty-one days to comply and warned that failure to comply would result in a recommendation that this action be dismissed without further warning.  ECF No. 6.  The twenty-one-day period has now expired, and plaintiff has not filed an application to proceed in forma pauperis, paid the filing fee, or otherwise responded to the court's orders.

In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

IT IS FURTHER RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge

1

assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: March 21, 2025

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE